

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .46 | |
| Certified Fee | 3.10 | |
| Return Receipt Fee (Endorsement Required) | 2.53 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 4.75 | |
| Total Postage & Fees | $ 10.86 | |

Sent To Gay Richey

Street, Apt. No.; or PO Box No. 1530 West Mile Acres Road

City, State, ZIP+ 4 Pharr, Tx. 78577 9L

PS Form 3800, January 2001      See Reverse for Instructions

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail or Priority Mail.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece *"Return Receipt Requested"*. To receive a fee waiver for a duplicate return receipt, a USPS postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, January 2001 (Reverse)                    102595-M-02-0451